# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

CARNELL BUTLER,

     Plaintiff,

v.                                    Case No. 3:17cv422-MCR-CJK

MIDLAND FUNDING, et al.,

     Defendants.

_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated May 17, 2018. ECF No. 49. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant Midland Funding LLC's motion to dismiss, ECF No. 39, is **GRANTED** and plaintiff's claims against Midland Funding are **DISMISSED WITH PREJUDICE**.

3.    Defendant Trans Union LLC's motion to dismiss, ECF No. 40, is **GRANTED** and plaintiff's claims against Trans Union are **DISMISSED WITH PREJUDICE**.

4.    Defendant Great Lakes Educational Loan Services, Inc.'s motion to dismiss, ECF No. 42, is **GRANTED** and plaintiff's claims against Great Lakes are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this 18th day of June 2018.


/s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**