UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARNELL BUTLER,

    Plaintiff,

v.                                    CASE NO. 3:17cv422-MCR-CJK

EQUIFAX INFORMATION
SERVICES LLC, et al.,

    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 12, 2018. ECF No. 66. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Defendants Experian and Equifax's motion for judgment on the pleadings, ECF No. 53, is **GRANTED** and plaintiff's claims against Experian and Equifax are **DISMISSED WITH PREJUDICE**.

3.	The remaining pending motions, ECF Nos. 63, 65, are **DENIED AS MOOT**.

4.	The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of November 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**